NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WARSAW ORTHOPEDIC, INC.,**
*Plaintiff/Counterclaim Defendant-Appellant,*

and

**MEDTRONIC SOFAMOR DANEK USA, INC.,**
*Counterclaim Defendant-Appellant,*

and

**MEDTRONIC PUERTO RICO OPERATIONS CO.**
and
**MEDTRONIC SOFAMOR DANEK DEGGENDORF, GMBH,**
*Counterclaim Defendants,*

v.

**NUVASIVE, INC.,**
*Defendant/Counterclaimant-Cross Appellant.*

---

13-1576

---

Appeal from the United States District Court for the Southern District of California in case no. 08-CV-1512 United States District Judge Cathy Ann Bencivengo.

_____

ON MOTION

O R D E R

Upon consideration of the Appellants Medtronic Sofamor Danek USA, Inc., and Warsaw Orthopedic, Inc.'s unopposed motion to extend time to file their principal brief until November 20, 2013,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

October 1, 2013        /s/ Daniel E. O'Toole
                           Daniel E. O'Toole
                           Clerk

cc: Michael Ari Amon
Craig Earl Countryman
Luke Dauchot
Michael J Kane
Alexander Fraser MacKinnon
Ryan Malloy
Brian Robert Matsui
Deanne Maynard

Todd Glen Miller
Frank Scherkenbach
Nimalka R. Wickramasekera