**MORRISON | FOERSTER**

2000 PENNSYLVANIA AVE., NW
WASHINGTON, D.C.
20006-1888

TELEPHONE: 202.887.1500
FACSIMILE: 202.887.0763

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG,
SINGAPORE

December 4, 2014

Writer's Direct Contact
202.887.8740
DMaynard@mofo.com

Daniel E. O'Toole
Circuit Executive & Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20005

  Re: *Warsaw Orthopedic, Inc., et al. v. NuVasive, Inc.*, Nos. 2013-1576, -1577:
  Letter Pursuant to Fed. R. App. P. 28(j) (Oral Argument Heard December
  1, 2014 before Judges Lourie, Dyk, and Reyna)

Dear Mr. O'Toole:

  At argument, the Court asked "was there evidence that the rods and screws were used on other implants, other than the patented implants?" *See* Argument at 21:30-21:36. There was.

  The record shows that the rods and screws included in Warsaw's damages calculations are used with implants other than the patented implants. Warsaw's expert calculated damages by assuming some of NuVasive's XLIF procedures would be replaced with Medtronic's DLIF (which use the patented Capstone-L or Clydesdale implants) or with Medtronic's ALIF, PLIF, or TLIF procedures (which do not). (A10997-98; A10615; A10907.) The exhibits to Warsaw's expert's report identified the products he said were used in an ALIF, PLIF, or TLIF. *See Warsaw Orthopedic, Inc. v. NuVasive, Inc.*, Case No. 08-cv-01512 (S.D. Cal.) (Docket No. 313-12, Ex. K at 99-101 (exhibit to NuVasive's motion *in limine* on damages)). He also identified all products he said were used in a DLIF with one of the patented implants. (*Id.* at 102-03.) Those lists are attached.

  Comparing the lists shows that the rods and screws used in a DLIF have also been used in an ALIF, PLIF, and/or TLIF with non-patented implants. The same types of rods and screws included in one or both of the DLIF lists—*e.g.*, the

MORRISON | FOERSTER

Daniel E. O'Toole
December 4, 2014
Page Two

"Cannulated Legacy Screws," "CD Horizon Legacy 5.5," "CD Horizon Legacy 6.35," "CD Horizon Legacy Anterior," "CD Horizon M8," "CD Horizon Solera," "CDHL HA Coated Screws," "Central Rod Spinal System," "Engage 6.35," "Legacy Iliac," "Low Profile Crosslink System," "PEEK Rod," "Percutaneous PEEK," "Pyramid Plating System," "Rod Connection System," "Sextant," "Silo Spinal System," "Spire," "Three D Connector," "TSRH 3DX," "TSRH Spinal System," "UCSS," "Vantage," and "X10 Crosslink"—also appear in at least one of the ALIF, TLIF, and PLIF lists.  (*Id.* at 99-103.)  Moreover, the ALIF, TLIF, and PLIF lists confirm that neither patented implant was used with those procedures.  (*Id.* at 99-101.)  Despite having the burden on damages, Warsaw introduced no evidence the rods and screws worked only with the patented implants.  Thus, as the record shows, the screws and rods are used with implants other than the patented implants.

Best regards,

/s/ *Deanne E. Maynard*

Deanne E. Maynard

# FILED UNDER SEAL

# REDACTED IN FULL

Pages 99 to 101 of Exhibit K were made confidential pursuant to the protective order and have been redacted in full from the non-confidential version of this letter. These materials include confidential business information from documents filed in the district court.

Confidential Information -- Patent Prosecution Sensitive

**Exhibit A-4**
**Products Included in the Capstone L Construct**

| Brand | Type | Material | Item Category | Overall Category | Items per Order |
|---|---|---|---|---|---|
| CANNULATED LEGACY SCREWS | IMPLANT | TITANIUM | MULTI-AXIAL SCREW | Fixation | 0.46366782 |
| CANNULATED LEGACY SCREWS | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.42214533 |
| CAPSTONE L VBS | IMPLANT | PEEK | CAGE/SPACER | Interbody Devices | 1.5190311 |
| CAPSTONE PEEK VERT BODY SPACER | IMPLANT | PEEK | CAGE/SPACER | Interbody Devices | 0.02422145 |
| CD HORIZON LEGACY 5.5 | IMPLANT | TITANIUM | FIXED ANGLE SCREW | Fixation | 0.00692042 |
| CD HORIZON LEGACY 5.5 | IMPLANT | TITANIUM | HOOK | Other Instruments | 0.00692042 |
| CD HORIZON LEGACY 5.5 | IMPLANT | TITANIUM | MULTI-AXIAL SCREW | Fixation | 0.88927336 |
| CD HORIZON LEGACY 5.5 | IMPLANT | TITANIUM | ROD | Fixation | 0.28719723 |
| CD HORIZON LEGACY 5.5 | IMPLANT | TITANIUM | SET SCREW | Fixation | 1.0380623 |
| CD HORIZON LEGACY 6.35 | IMPLANT | TITANIUM | MULTI-AXIAL SCREW | Fixation | 0.00692042 |
| CD HORIZON LEGACY 6.35 | IMPLANT | TITANIUM | ROD | Fixation | 0.00692042 |
| CD HORIZON LEGACY 6.35 | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.00692042 |
| CD HORIZON LEGACY ANTERIOR | IMPLANT | TITANIUM | FIXED ANGLE SCREW | Fixation | 0.01730104 |
| CD HORIZON LEGACY ANTERIOR | IMPLANT | TITANIUM | OTHER | Other Instruments | 0.01730104 |
| CD HORIZON LEGACY ANTERIOR | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.01730104 |
| CD HORIZON M8 | IMPLANT | TITANIUM | OTHER | Other Instruments | 0.03460208 |
| CDHL HA COATED SCREWS | IMPLANT | TITANIUM | MULTI-AXIAL SCREW | Fixation | 0.01384083 |
| CDHL HA COATED SCREWS | IMPLANT | TITANIUM | VARIABLE ANGLE SCREW | Fixation | 0.01384083 |
| CENTRAL ROD SPINAL SYSTEM | IMPLANT | TITANIUM | MULTI-AXIAL SCREW | Fixation | 0.82352941 |
| CLYDESDALE VBS | IMPLANT | PEEK | CAGE/SPACER | Interbody Devices | 0.34948097 |
| CRESCENT VB SPACER | IMPLANT | PEEK | CAGE/SPACER | Interbody Devices | 0.00346021 |
| DIRECT LATERAL INS | INSTRUMENT | STAINLESS STEEL | OTHER | Other Instruments | 0.78546713 |
| ENGAGE 6.35 | IMPLANT | TITANIUM | BOLT/POST | Fixation | 0.07266436 |
| ENGAGE 6.35 | IMPLANT | TITANIUM | PLATE | Interbody Devices | 0.09342561 |
| FACET SCREWS | IMPLANT | TITANIUM | OTHER SCREW | Fixation | 0.03114187 |
| LEGACY ILIAC | IMPLANT | TITANIUM | CONNECTOR | Fixation | 0.00346021 |
| LEGACY ILIAC | IMPLANT | TITANIUM | FIXED ANGLE SCREW | Fixation | 0.00346021 |
| LEGACY ILIAC | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.00692042 |
| LONGITUDE | IMPLANT | TITANIUM | ROD | Fixation | 0.02422145 |
| LONGITUDE | IMPLANT | TITANIUM COMMERCIALLY PURE | ROD | Fixation | 0.02422145 |
| LOW PROFILE CROSSLINK SYSTEM | IMPLANT | TITANIUM | CROSSLINK | Fixation | 0.00692042 |
| MAST QUADRANT | DISPOSABLE | OTHER | OTHER | Other Instruments | 0.67474048 |
| METRX DISPOSABLES | DISPOSABLE | OTHER | OTHER | Other Instruments | 0.01384083 |
| METRX DISPOSABLES | DISPOSABLE | STAINLESS STEEL | OTHER | Other Instruments | 0.29411765 |
| METRX II SYSTEM | INSTRUMENT | STAINLESS STEEL | OTHER | Other Instruments | 0.01730104 |
| PAK NEEDLE | DISPOSABLE | OTHER | OTHER | Other Instruments | 0.08304498 |
| PEEK ROD | IMPLANT | PEEK | ROD | Fixation | 0.01384083 |
| PEEK ROD | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.0449827 |
| PEEK VERTE-STACK | IMPLANT | PEEK | CAGE/SPACER | Interbody Devices | 0.01038062 |
| PERCUTANEOUS PEEK | IMPLANT | TITANIUM | MULTI-AXIAL SCREW | Fixation | 0.03460208 |
| PERIMETER | IMPLANT | PEEK | CAGE/SPACER | Interbody Devices | 0.00346021 |
| PYRAMID PLATING SYSTEM | IMPLANT | TITANIUM | FIXED ANGLE SCREW | Fixation | 0.01384083 |
| PYRAMID PLATING SYSTEM | IMPLANT | TITANIUM | PLATE | Interbody Devices | 0.00692042 |
| SCEPTOR | DISPOSABLE | STAINLESS STEEL | OTHER | Other Instruments | 0.00346021 |
| SEXTANT | DISPOSABLE | STAINLESS STEEL | OTHER | Other Instruments | 0.49480969 |
| SEXTANT | IMPLANT | TITANIUM COMMERCIALLY PURE | ROD | Fixation | 0.10034602 |
| SMA STAPLE | IMPLANT | NITINOL SHAPE MEMORY | OTHER | Other Instruments | 0.01384083 |
| SPIRE | IMPLANT | TITANIUM | PLATE | Interbody Devices | 0.02076125 |
| SPIRE | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.01384083 |
| THREADED INSTRUMENTS | INSTRUMENT | OTHER | OTHER | Other Instruments | 0.00346021 |
| UCSS | DISPOSABLE | STAINLESS STEEL | DRILL BIT | Other Instruments | 0.00346021 |
| UCSS | IMPLANT | TITANIUM | OTHER SCREW | Fixation | 0.00346021 |
| VANTAGE | IMPLANT | TITANIUM | BOLT/POST | Fixation | 0.02768166 |
| VANTAGE | IMPLANT | TITANIUM | PLATE | Interbody Devices | 0.01038062 |
| VANTAGE | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.02422145 |
| VANTAGE | INSTRUMENT | STAINLESS STEEL | OTHER | Other Instruments | 0.00346021 |
| X10 CROSSLINK | IMPLANT | TITANIUM | CROSSLINK | Fixation | 0.00692042 |
| XVBR | IMPLANT | TITANIUM | OTHER | Other Instruments | 0.01730104 |

Confidential Information -- Patent Prosecution Sensitive

**Exhibit A-5**
**Products Included in the Clydesdale Construct**

| Brand | Type | Material | Item Category | Overall Category | Items per Order |
|---|---|---|---|---|---|
| BOOMERANG II | IMPLANT | PEEK | CAGE/SPACER | Interbody Devices | 0.0002767 |
| CANNULATED LEGACY SCREWS | IMPLANT | TITANIUM | MULTI-AXIAL SCREW | Fixation | 0.66712784 |
| CANNULATED LEGACY SCREWS | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.64997233 |
| CAPSTONE L VBS | IMPLANT | PEEK | CAGE/SPACER | Interbody Devices | 0.02213614 |
| CAPSTONE PEEK VERT BODY SPACER | IMPLANT | PEEK | CAGE/SPACER | Interbody Devices | 0.02324294 |
| CD HORIZON LEGACY 5.5 | DISPOSABLE | OTHER | OTHER | Other Instruments | 0.00857775 |
| CD HORIZON LEGACY 5.5 | IMPLANT | STAINLESS STEEL | MULTI-AXIAL SCREW | Fixation | 0.00636414 |
| CD HORIZON LEGACY 5.5 | IMPLANT | STAINLESS STEEL | ROD | Fixation | 0.00083011 |
| CD HORIZON LEGACY 5.5 | IMPLANT | STAINLESS STEEL | SET SCREW | Fixation | 0.00774765 |
| CD HORIZON LEGACY 5.5 | IMPLANT | TITANIUM | FIXED ANGLE SCREW | Fixation | 0.0005534 |
| CD HORIZON LEGACY 5.5 | IMPLANT | TITANIUM | HOOK | Other Instruments | 0.00110681 |
| CD HORIZON LEGACY 5.5 | IMPLANT | TITANIUM | MULTI-AXIAL SCREW | Fixation | 0.29745434 |
| CD HORIZON LEGACY 5.5 | IMPLANT | TITANIUM | ROD | Fixation | 0.09490869 |
| CD HORIZON LEGACY 5.5 | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.37244051 |
| CD HORIZON LEGACY 5.5 | IMPLANT | TITANIUM | VARIABLE ANGLE SCREW | Fixation | 0.00166021 |
| CD HORIZON LEGACY 6.35 | IMPLANT | STAINLESS STEEL | FIXED ANGLE SCREW | Fixation | 0.00110681 |
| CD HORIZON LEGACY 6.35 | IMPLANT | STAINLESS STEEL | HOOK | Other Instruments | 0.0005534 |
| CD HORIZON LEGACY 6.35 | IMPLANT | STAINLESS STEEL | MULTI-AXIAL SCREW | Fixation | 0.00996126 |
| CD HORIZON LEGACY 6.35 | IMPLANT | STAINLESS STEEL | ROD | Fixation | 0.00083011 |
| CD HORIZON LEGACY 6.35 | IMPLANT | STAINLESS STEEL | SET SCREW | Fixation | 0.01106807 |
| CD HORIZON LEGACY 6.35 | IMPLANT | TITANIUM | CAGE/SPACER | Interbody Devices | 0.00166021 |
| CD HORIZON LEGACY 6.35 | IMPLANT | TITANIUM | MULTI-AXIAL SCREW | Fixation | 0.02517986 |
| CD HORIZON LEGACY 6.35 | IMPLANT | TITANIUM | ROD | Fixation | 0.00332042 |
| CD HORIZON LEGACY 6.35 | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.02877698 |
| CD HORIZON LEGACY ANTERIOR | IMPLANT | TITANIUM | CROSSLINK | Fixation | 0.0002767 |
| CD HORIZON LEGACY ANTERIOR | IMPLANT | TITANIUM | FIXED ANGLE SCREW | Fixation | 0.01881572 |
| CD HORIZON LEGACY ANTERIOR | IMPLANT | TITANIUM | OTHER | Other Instruments | 0.01217488 |
| CD HORIZON LEGACY ANTERIOR | IMPLANT | TITANIUM | ROD | Fixation | 0.00470393 |
| CD HORIZON LEGACY ANTERIOR | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.02130603 |
| CD HORIZON M8 | IMPLANT | TITANIUM | FIXED ANGLE SCREW | Fixation | 0.0005534 |
| CD HORIZON M8 | IMPLANT | TITANIUM | MULTI-AXIAL SCREW | Fixation | 0.00166021 |
| CD HORIZON M8 | IMPLANT | TITANIUM | OTHER | Other Instruments | 0.00249032 |
| CD HORIZON M8 | IMPLANT | TITANIUM | ROD | Fixation | 0.00083011 |
| CD HORIZON M8 | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.00110681 |
| CD HORIZON SOLERA - 4.75 ROD DIAMETER | IMPLANT | COBALT CHROME | MULTI-AXIAL SCREW | Fixation | 0.00110681 |
| CD HORIZON SOLERA - 4.75 ROD DIAMETER | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.00110681 |
| CDHL HA COATED SCREWS | IMPLANT | TITANIUM | MULTI-AXIAL SCREW | Fixation | 0.01438849 |
| CDHL HA COATED SCREWS | IMPLANT | TITANIUM | VARIABLE ANGLE SCREW | Fixation | 0.02656336 |
| CENTRAL ROD SPINAL SYSTEM | IMPLANT | TITANIUM | MULTI-AXIAL SCREW | Fixation | 0.03956835 |
| CLYDESDALE VBS | IMPLANT | PEEK | CAGE/SPACER | Interbody Devices | 1.5597676 |
| CRESCENT VB SPACER | IMPLANT | PEEK | CAGE/SPACER | Interbody Devices | 0.00525733 |
| DIRECT LATERAL INS | INSTRUMENT | STAINLESS STEEL | OTHER | Other Instruments | 0.49750968 |
| ENGAGE 6.35 | IMPLANT | SILICONE | CAGE/SPACER | Interbody Devices | 0.0005534 |
| ENGAGE 6.35 | IMPLANT | SILICONE | PLATE SYSTEM | Fixation | 0.00110681 |
| ENGAGE 6.35 | IMPLANT | STAINLESS STEEL | SET SCREW | Fixation | 0.00110681 |
| ENGAGE 6.35 | IMPLANT | TITANIUM | BOLT/POST | Fixation | 0.10348644 |
| ENGAGE 6.35 | IMPLANT | TITANIUM | OTHER HARDWARE | Interbody Devices | 0.0002767 |
| ENGAGE 6.35 | IMPLANT | TITANIUM | PLATE | Interbody Devices | 0.13060321 |
| ENGAGE 6.35 | IMPLANT | TITANIUM | PLATE SYSTEM | Fixation | 0.02158273 |
| ENGAGE 6.35 | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.0005534 |
| ENGAGE 6.35 | IMPLANT | TITANIUM | WASHER | Fixation | 0.04205866 |
| FACET SCREWS | IMPLANT | TITANIUM | OTHER SCREW | Fixation | 0.00332042 |
| HOURGLASS VERT BODY SPACER | IMPLANT | PEEK | CAGE/SPACER | Interbody Devices | 0.0005534 |
| INFUSE BONE GRAFT | BIOLOGICAL | BMP | BIO | Biologics | 0.00830105 |
| LEGACY ILIAC | IMPLANT | STAINLESS STEEL | MULTI-AXIAL SCREW | Fixation | 0.0005534 |
| LEGACY ILIAC | IMPLANT | STAINLESS STEEL | SET SCREW | Fixation | 0.0005534 |
| LEGACY ILIAC | IMPLANT | TITANIUM | CONNECTOR | Fixation | 0.00553403 |
| LEGACY ILIAC | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.01217488 |
| LEGACY ILIAC | IMPLANT | TITANIUM | VARIABLE ANGLE SCREW | Fixation | 0.00608744 |
| LONGITUDE | IMPLANT | TITANIUM | ROD | Fixation | 0.02628666 |
| LONGITUDE | IMPLANT | TITANIUM COMMERCIALLY PURE | ROD | Fixation | 0.05035971 |
| LOW PROFILE CROSSLINK SYSTEM | IMPLANT | STAINLESS STEEL | CROSSLINK | Fixation | 0.00221361 |
| LOW PROFILE CROSSLINK SYSTEM | IMPLANT | TITANIUM | CROSSLINK | Fixation | 0.00415053 |
| MAST QUADRANT | CAPITAL EQUIPMENT | STAINLESS STEEL | OTHER | Other Instruments | 0.0002767 |
| MAST QUADRANT | DISPOSABLE | OTHER | OTHER | Other Instruments | 0.74515772 |
| MASTERGRAFT CERAMIC GRANULES | BIOLOGICAL | BIPHASIC CALCIUM PHOSPHATE | BIO | Biologics | 0.0005534 |
| MASTERGRAFT MATRIX | BIOLOGICAL | BIPHASIC CALCIUM PHOSPHATE | BIO | Biologics | 0.00830105 |
| MASTERGRAFT PUTTY | BIOLOGICAL | BIPHASIC CALCIUM PHOSPHATE | BIO | Biologics | 0.0163254 |
| MASTERGRAFT STRIPS | BIOLOGICAL | BIPHASIC CALCIUM PHOSPHATE | BIO | Biologics | 0.0002767 |
| METRX | INSTRUMENT | STAINLESS STEEL | OTHER | Other Instruments | 0.0005534 |
| METRX DISPOSABLES | DISPOSABLE | OTHER | OTHER | Other Instruments | 0.00498063 |
| METRX DISPOSABLES | DISPOSABLE | STAINLESS STEEL | OTHER | Other Instruments | 0.44355285 |
| METRX II SYSTEM | INSTRUMENT | STAINLESS STEEL | OTHER | Other Instruments | 0.01162147 |
| NON-THREADED INSTRUMENTS | IMPLANT | TITANIUM | WASHER | Fixation | 0.00166021 |
| OTHER INTRA-DISCAL INSTRUMENTS | DISPOSABLE | STAINLESS STEEL | DRILL BIT | Other Instruments | 0.00083011 |
| PAK NEEDLE | DISPOSABLE | OTHER | OTHER | Other Instruments | 0.15550636 |
| PEEK ROD | IMPLANT | PEEK | ROD | Fixation | 0.03099059 |
| PEEK ROD | IMPLANT | TITANIUM | MULTI-AXIAL SCREW | Fixation | 0.04150526 |
| PEEK ROD | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.10265634 |
| PERCUTANEOUS PEEK | IMPLANT | PEEK | ROD | Fixation | 0.02877698 |
| PERCUTANEOUS PEEK | IMPLANT | TITANIUM | MULTI-AXIAL SCREW | Fixation | 0.10874377 |
| PERCUTANEOUS PEEK | IMPLANT | TITANIUM | OTHER SCREW | Fixation | 0.00442723 |
| PERCUTANEOUS PEEK | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.05949087 |
| PERIMETER | IMPLANT | PEEK | CAGE/SPACER | Interbody Devices | 0.0154953 |
| PYRAMESH | IMPLANT | TITANIUM | MESH | Other Instruments | 0.0002767 |
| PYRAMID PLATING SYSTEM | IMPLANT | TITANIUM | FIXED ANGLE SCREW | Fixation | 0.00359712 |
| PYRAMID PLATING SYSTEM | IMPLANT | TITANIUM | PLATE | Interbody Devices | 0.00276702 |
| PYRAMID+4 4HOLE ANT LUMBAR PLATE SYSTEM | IMPLANT | TITANIUM | FIXED ANGLE SCREW | Fixation | 0.00138351 |
| PYRAMID+4 4HOLE ANT LUMBAR PLATE SYSTEM | IMPLANT | TITANIUM | PLATE | Interbody Devices | 0.00387382 |
| PYRAMID+4 4HOLE ANT LUMBAR PLATE SYSTEM | IMPLANT | TITANIUM | VARIABLE ANGLE SCREW | Fixation | 0.02047593 |
| ROD CONNECTION SYSTEM | IMPLANT | STAINLESS STEEL | CONNECTOR | Fixation | 0.00110681 |
| ROD CONNECTION SYSTEM | IMPLANT | TITANIUM | CONNECTOR | Fixation | 0.00442723 |
| ROD CONNECTION SYSTEM | IMPLANT | TITANIUM | ROD | Fixation | 0.0005534 |
| ROD CONNECTION SYSTEM | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.00387382 |
| ROD SPECTRUM | IMPLANT | COBALT CHROME | ROD | Fixation | 0.00221361 |
| SCEPTOR | DISPOSABLE | STAINLESS STEEL | OTHER | Other Instruments | 0.0005534 |
| SCEPTOR | IMPLANT | TITANIUM | MESH | Other Instruments | 0.00110681 |
| SEXTANT | DISPOSABLE | STAINLESS STEEL | OTHER | Other Instruments | 0.98893193 |
| SEXTANT | IMPLANT | TITANIUM COMMERCIALLY PURE | ROD | Fixation | 0.18040952 |
| SEXTANT | INSTRUMENT | STAINLESS STEEL | OTHER | Other Instruments | 0.00498063 |
| SILO SPINAL SYSTEM | IMPLANT | TITANIUM | FIXED ANGLE SCREW | Fixation | 0.00166021 |
| SILO SPINAL SYSTEM | IMPLANT | TITANIUM | MULTI-AXIAL SCREW | Fixation | 0.0005534 |
| SILO SPINAL SYSTEM | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.00387382 |
| SILO SPINAL SYSTEM | IMPLANT | TITANIUM | VARIABLE ANGLE SCREW | Fixation | 0.00166021 |
| SILO SPINAL SYSTEM | INSTRUMENT | STAINLESS STEEL | OTHER | Other Instruments | 0.0002767 |
| SMA STAPLE | IMPLANT | NITINOL SHAPE MEMORY | OTHER | Other Instruments | 0.03071389 |
| SPIRE | IMPLANT | TITANIUM | PLATE | Interbody Devices | 0.03458771 |
| SPIRE | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.03375761 |
| SPIRE | INSTRUMENT | STAINLESS STEEL | OTHER | Other Instruments | 0.0002767 |
| THREADED INSTRUMENTS | INSTRUMENT | OTHER | OTHER | Other Instruments | 0.0002767 |
| THREE D CONNECTOR | IMPLANT | TITANIUM | CONNECTOR | Fixation | 0.02130603 |
| THREE D CONNECTOR | IMPLANT | TITANIUM | DORSAL HGT SCREW | Fixation | 0.00304372 |
| THREE D CONNECTOR | IMPLANT | TITANIUM | MULTI-PLANER SCREW | Fixation | 0.00221361 |
| THREE D CONNECTOR | IMPLANT | TITANIUM | ROD | Fixation | 0.00719424 |
| THREE D CONNECTOR | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.02268954 |
| TSRH 3DX | IMPLANT | TITANIUM | CONNECTOR | Fixation | 0.00913116 |
| TSRH 3DX | IMPLANT | TITANIUM | DORSAL HGT SCREW | Fixation | 0.01964582 |
| TSRH 3DX | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.00940786 |
| TSRH SPINAL SYSTEM | IMPLANT | STAINLESS STEEL | CONNECTOR | Fixation | 0.02573326 |
| TSRH SPINAL SYSTEM | IMPLANT | STAINLESS STEEL | ROD | Fixation | 0.00498063 |
| TSRH SPINAL SYSTEM | IMPLANT | STAINLESS STEEL | SET SCREW | Fixation | 0.02545656 |
| TSRH SPINAL SYSTEM | IMPLANT | STAINLESS STEEL | VARIABLE ANGLE SCREW | Fixation | 0.01853901 |
| TSRH SPINAL SYSTEM | IMPLANT | TITANIUM | ROD | Fixation | 0.00083011 |
| UCSS | DISPOSABLE | OTHER | OTHER | Other Instruments | 0.02462645 |
| UCSS | DISPOSABLE | STAINLESS STEEL | DRILL BIT | Other Instruments | 0.00083011 |
| UCSS | IMPLANT | TITANIUM | OTHER SCREW | Fixation | 0.00166021 |
| VANTAGE | IMPLANT | TITANIUM | BOLT/POST | Fixation | 0.00110681 |
| VANTAGE | IMPLANT | TITANIUM | PLATE | Interbody Devices | 0.0005534 |
| VANTAGE | IMPLANT | TITANIUM | SET SCREW | Fixation | 0.00166021 |
| X10 CROSSLINK | IMPLANT | STAINLESS STEEL | CROSSLINK | Fixation | 0.0002767 |
| X10 CROSSLINK | IMPLANT | TITANIUM | CROSSLINK | Fixation | 0.0166021 |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on December 4, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: December 4, 2014                                             /s/ Deanne E. Maynard